UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                   CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
et al.,

    Defendants.
_____/

## **ORDER**

The court-appointed receiver moves (Doc. 273) for approval of a settlement agreement between Charles Douglas York and the receiver.  For the reasons cited in the motion and accompanying memorandum (Doc. 273), the motion is **GRANTED** and the settlement is **APPROVED.**  The receiver shall liquidate the settlement assets and disburse the proceeds from those sales and the settlement amount for the benefit of the receivership estate.[1]

ORDERED in Tampa, Florida, on May 6, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] The motion (Doc. 273) for approval of the settlement defines the settlement assets and the settlement amount.