UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.          CASE NO. 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC., d/b/a LIFE
SETTLEMENT NETWORK, LIFE INVESTMENT
FUNDING ENTERPRISES, INC., CHARLES
DOUGLAS YORK, and ROBERT KINGSTON
COYNE,

    Defendants.
_____/

**ORDER**

    GrayRobinson, P.A., as local counsel for the Receiver, David Levine, moves for entry of an order permitting John L. Brennan of Tew Cardenas, LLP, to bring a computer into the United States Courthouse as an exception to the local rules of this Court (Doc. 314). Upon consideration, the motion is **GRANTED with the following limitations**.

    Authorization is limited to June 30, 2005. Only John L. Brennan is authorized to carry and use a laptop computer.[1] The laptop computer is subject to inspection at any time.

---

[1] Any violation will result in the revocation of the authorization.

- 2 -

When entering the building (and at other times, at their discretion), security personnel may require Mr. Brennan to present for verification picture identification and a copy of this order.

ORDERED in Tampa, Florida, on June 29, 2005.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE