UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                            CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
d/b/a LIFE SETTLEMENT NETWORK
et al.,

    Defendants.
_____/

## ORDER

The receiver files a motion (Doc. 304) to approve payment of a second interim distribution to holders of allowed claims.[1] Upon consideration, the motion (Doc. 304) is **GRANTED**. On or before July 29, 2005, the receiver shall distribute to each claimant an amount equal to five (5) percent of their allowed claims. Provided the sale of the RFG Trust policies occurs and proceeds from the sale become available by July 29, 2005, the receiver shall distribute an amount in the receiver's discretion, but not to exceed thirty (30) percent of the amount of allowed claims (inclusive of the five (5) percent mandatory distribution). Provided the sale occurs and proceeds become available after July 29, 2005, the receiver shall distribute an amount in the receiver's discretion, but not to exceed twenty-five (25) percent of the amount of allowed claims (in

---

[1] At the June, 2005 hearing on the proposed sale (Doc. 303), the receiver modified *ore tenus* the motion (Doc. 304) to approve payment.

addition to the five (5) percent mandatory distribution).  Any future distribution not authorized by this order requires an application by the receiver and court approval.

ORDERED in Tampa, Florida, on July 1, 2005.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE