UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
et al.,

    Defendants.
_____/

**ORDER**

    The plaintiff files a motion (Doc. 289) "to set civil penalties against defendant Robert K. Coyne." A February, 2005 order (Doc. 274) granted default judgment against Robert Kingston Coyne ("Coyne"), ordered disgorgement of $5,018,148, and allowed the court to retain jurisdiction to set a civil penalty. Accordingly, the plaintiff seeks a civil penalty of $120,000 against Coyne. Upon consideration, the motion (Doc. 289) is **GRANTED**. Coyne is ordered to pay a civil penalty of $120,000 **on or before August 12, 2005.**

    ORDERED in Tampa, Florida, on July 13, 2005.

                                                  STEVEN D. MERRYDAY
                                         UNITED STATES DISTRICT JUDGE