UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                      Case No. 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.
d/b/a LIFE SETTLEMENT NETWORK
et al.,

      Defendants.
_____/


## O R D E R

The receiver and his counsel, Tew Cardenas LLP, file a third application

(Doc. 321) for payment of fees and expenses for May 15, 2004 through November 30,

2004.  The motion (Doc. 321) for payment of fees and expenses is **GRANTED** and the

receiver may disburse the following amounts from receivership funds: $112,260.00 for

payment of the receiver's fees; $419,920.00 for payment of Tew Cardenas LLP's fees;

and $26,742.76 for payment of Tew Cardenas LLP's expenses.  Additionally, the

receiver's local counsel, GrayRobinson, P.A. (formerly known as Gray, Harris &

Robinson, P.A.) files a motion (Doc. 290) for payment of fees and expenses for June 1,

2004 through February 25, 2005.  The motion (Doc. 290) for payment of fees and

expenses is **GRANTED** and the receiver may disburse from the receivership funds

$5,742.00 for the payment of GrayRobinson, P.A.'s fees and $836.24 for the payment of GrayRobinson, P.A.'s expenses.

ORDERED in Tampa, Florida, ON July 15, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE