UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                          CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff moves (Doc. 324) for voluntary dismissal with prejudice.[1] The motion (Doc. 324) is **GRANTED** and the claims against Viatical Capital, Inc., for disgorgement and a civil penalty and the claims against Life Investment Funding Enterprises for disgorgement are **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, ON July 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy
       Receiver David M. Levine

---

[1] The receiver consents (Doc. 325, Exs. 3, 5) to voluntary dismissal with prejudice on behalf of Viatical Capital, Inc., and Life Investment Funding Enterprises. Rule 41(a), Federal Rules of Civil Procedure.