UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                          CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
d/b/a LIFE SETTLEMENT NETWORK, et al,

    Defendants.
_____/

## **ORDER**

The receiver moves (Doc. 349) the court to approve a third interim distribution to holders of allowed claims. Upon consideration, the motion for approval of distribution (Doc. 349) is **GRANTED**. On or before **November 15, 2005**, the receiver shall make a third interim distribution of $5,055,667.00, which is approximately 10.5% of investor and trade creditor allowed loss claims. Any other future distribution requires application by the receiver and court approval.

ORDERED in Tampa, Florida, on October 22, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy