UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC., et al,

    Defendants.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), an October 11, 2005, order (Doc. 345) referred the receiver's motions (Docs. 333, 334, 346) for authority to enter into settlement and release agreements to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's October 21, 2005, report and recommendation (Doc. 351), no party objects to the report and recommendation, and the deadline for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 351) is **ADOPTED**. The receiver's motions (Docs. 333, 334, 346) for authority to enter into settlement and release agreements with Walter Shacklett in Case No. 8:04-cv-1164-T-24EAJ, Stanley A. Goldsmith in Case No. 8:04-

cv-2227-T-30TGW, and Robert Richardson in Case No. 8:04-cv-1164-T-24EAJ are

**GRANTED** and the settlements are **APPROVED**.

ORDERED in Tampa, Florida, on November 9, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge
      Courtroom Deputy