UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                        CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
d/b/a LIFE SETTLEMENT NETWORK, et al,

    Defendants.
_____/

## **ORDER**

The receiver and his counsel, Tew Cardenas LLP, submit a sixth interim application (Doc. 384) for payment of fees and expenses for the period January 1, 2006, through December 31, 2006. Upon consideration, he motion for payment of fees and expenses (Doc. 384) is **GRANTED**. The receiver shall disburse from receivership funds **$88,680.00** for payment of the receiver's fees, **$89,648.00** for payment of Tew Cardenas LLP's fees, and **$19,762.90** for payment of Tew Cardenas LLP's expenses.

ORDERED in Tampa, Florida, on March 16, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE