UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                             CASE NO: 8:03-cv-1895-T-23TGW

VIATICAL CAPITAL, INC.,
d/b/a LIFE SETTLEMENT NETWORK, et al,

      Defendants.
_____/

**ORDER**

      Forensic accountant Grant Thornton, LLP, submits its third and final application

(Doc. 385) for compensation of fees incurred during the period January 1, 2005, through

March 31, 2006.  Upon consideration, the application for payment of compensation

(Doc. 385) is **APPROVED**.  The receiver shall disburse from receivership funds

$94,295.00 for compensation of fees to Grant Thornton, LLP.

      ORDERED in Tampa, Florida, on March 16, 2007.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**